IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ANTONIO L. LETT, | : | |
|---|---|---|
| Petitioner, | : | |
| vs. | : | Civil Action No. 13-0558-KD-C |
| STATE OF ALABAMA, | : | |
| Respondent. | | |

## ORDER

This action is before the Court on the report and recommendation entered December 12, 2013 (doc. 4) and this Court's order entered January 14, 2014, granting Petitioner additional time to file a petition for writ of habeas corpus on the appropriate court form (doc. 7).

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 12, 2013 is **ADOPTED** as the opinion of this Court, and Petitioner's petition is dismissed for failure to prosecute and failure to comply with this Court's order dated November 19, 2013 (doc. 3). It is further ordered that Petitioner's petition is dismissed without prejudice for failure to prosecute and failure to comply with this Court's order entered January 14, 2014.

**DONE** this 11th day of February 2014.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE